

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2018

No. 04-18-00475-CV

**IN THE INTEREST OF N.F.M. AND S.R.M.**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00070
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

       Appellant has filed a motion for an extension of time to file the appellant's brief because, in part, appellant's motion for en banc reconsideration regarding this court's briefing order is still pending. Appellant requests an additional 20 days from the date this court rules on appellant's en banc motion. We grant the motion for an extension of time in part and **ORDER** that the deadline for redrawing the appellant's brief, set by this court's September 21, 2018 order, is suspended pending further order of this court.

_____
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court